IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**TERRY HARDIN, #14537-076**                                                                  **PETITIONER**

**VERSUS**                                                 **CIVIL ACTION NO. 5:07-cv-23-DCB-MTP**

**CONSTANCE REESE, et al.**
**(BRUCE PEARSON)**                                                                              **RESPONDENTS**

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

This the  26th   day of June , 2009.


                                         s/David Bramlette
                                                UNITED STATES DISTRICT JUDGE